

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2015

No. 04-15-00183-CR

Richard **LARES**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2006CR10110
Honorable Juanita A. Vasquez-Gardner, Judge Presiding

# O R D E R

Appellant's court-appointed counsel filed an *Anders* brief; Appellant's pro se brief was due on July 16, 2015. We granted Appellant's first motion for extension of time to file his pro se brief until July 21, 2015. On July 15, 2015, Appellant filed a pro se motion for a thirty-day extension of time to file his pro se brief, for a total extension of thirty-five days.

Appellant's motion is GRANTED. Appellant must file his pro se brief with this court by August 20, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court